IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Carlos E. Lopez, | ) | No. cv-07-2616-PHX-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, et al., | ) | |
| Defendants. | ) | |

Before the Court is the Report and Recommendation of Magistrate Judge Velasco recommending that Plaintiff's First Amended Complaint be dismissed. There being no objection,

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge (Doc. 8).

**FURTHERED ORDERED** dismissing Plaintiff's Complaint.

DATED this 24th day of July, 2009.

_____
Roslyn O. Silver
United States District Judge